**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PUBLIC CITIZEN,<br>    1600 20th Street NW<br>    Washington, DC 20009,<br><br>                            Plaintiff,<br><br>v.<br><br>U.S. EQUAL EMPLOYMENT OPPORTUNITY<br>COMMISSION,<br>    131 M Street NE<br>    Washington, DC 20507,<br><br>                            Defendant. | Civil Action No. 25-4457 |

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1.      Plaintiff Public Citizen brings this action to compel defendant U.S. Equal Employment Opportunity Commission (EEOC) to produce records under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Venue is proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff Public Citizen is a nonprofit, public-interest organization. Public Citizen submitted the FOIA request at issue in this action.

4.      Defendant EEOC is an agency of the United States. EEOC has possession or control of records responsive to Public Citizen's FOIA request.

**FACTS**

5.      On June 16, 2025, Public Citizen submitted to EEOC a FOIA request seeking records related to letters sent to 20 law firms by EEOC on March 17, 2025.

6.      Public Citizen's FOIA request was divided into three parts. Item One requested copies of all email messages to or from the email address lawfirmDEI@eeoc.gov that were created on or after March 17, 2025, through the date of processing of the FOIA request. Item Two requested copies of all communications regarding the March 17, 2025, letters sent by Acting Chair Andrea Lucas to law firms that were not sent to or from the email address lawfirmDEI@eeoc.gov that were created on or after March 17, 2025, through the date of processing of the FOIA request. Item Three requested copies of all records that mention or discuss an agreement between EEOC and any of four law firms as mentioned in an EEOC press release of April 11, 2025.

7.      Public Citizen also requested that EEOC waive all fees in connection with the request.

8.      EEOC received Public Citizen's FOIA request on June 16, 2025, and assigned it tracking number 820-2025-013479.

9.      On June 18, 2025, EEOC responded, granting Public Citizen's fee waiver request, denying Item Three in full on the basis of FOIA exemptions 3 and 7(C), and putting the balance of the request on hold so that EEOC and Public Citizen could discuss the description in Item Two. After discussion between the parties, the description in Item Two was revised, as set forth in a confirming email of July 15, 2025, establishing specific search terms for emails and attachments.

10.      On September 9, 2025, Public Citizen submitted an administrative appeal of EEOC's denial of Item Three of Public Citizen's request.

2

11.     On September 9, 2025, EEOC acknowledged receipt of Public Citizen's appeal and assigned it Appeal Number 820-2025-000852A.

12.     Public Citizen has requested updates on the status of its appeal and the processing of Items One and Two of its request. EEOC has not responded.

13.     Under 5 U.S.C. § 552(a)(6)(A)(i), an agency must notify a FOIA requester within 20 working days after receiving a FOIA request of its determination whether to comply with the request. An agency may extend this deadline by up to 10 working days in "unusual circumstances." 5 U.S.C. § 552(a)(6)(B)(i).

14.     In its letter of June 18, 2025, EEOC invoked the 10-day extension for issuing a determination on Items One and Two.

15.     More than 30 working days have passed since EEOC received Public Citizen's FOIA request. EEOC has neither notified Public Citizen that it has determined whether to comply with Items One and Two of the request nor produced any records in response to Items One or Two of the request.

16.     Under 5 U.S.C. § 552(a)(6)(A)(ii), EEOC had 20 working days to make a determination on Public Citizen's appeal of EEOC's denial of Item Three of the request.

17.     More than 20 working days have passed since EEOC received Public Citizen's appeal of EEOC's denial of Item Three of the request. EEOC has not made a determination on the appeal.

18.     Public Citizen has exhausted its administrative remedies with respect to its FOIA request.

**CLAIM FOR RELIEF**

19.     Public Citizen has a statutory right under FOIA, 5 U.S.C. § 552(a)(3)(A), to the records it requested.

20.     EEOC has no legal basis for refusing to produce the records responsive to Public Citizen's request, and EEOC's failure to produce the records violates FOIA.

**PRAYER FOR RELIEF**

Public Citizen requests that this Court:

A.  Declare that EEOC's failure to provide the records responsive to Public Citizen's FOIA request is unlawful;

B.  Order EEOC to make the requested records available to Public Citizen at no cost and without delay;

C.  Award Public Citizen its costs and reasonable attorneys' fees under 5 U.S.C. § 552(a)(4)(E); and

D.  Grant all other appropriate relief.

Dated: December 22, 2025                    Respectfully submitted,


/s/ Michael T. Kirkpatrick
Michael T. Kirkpatrick (DC Bar No. 486293)
Adina H. Rosenbaum (DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7728
mkirkpatrick@citizen.org

Counsel for Plaintiff