UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC CITIZEN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Defendant. | Civil Action No. 25-4457 (BAH) |

**JOINT STATUS REPORT**

Plaintiff Public Citizen and Defendant U.S. Equal Employment Opportunity Commission ("EEOC"), through counsel, respectfully submit this Joint Status Report pursuant to the Court's Standing Order.

1. This is an action brought under the Freedom of Information Act ("FOIA") on December 22, 2025. It involves a FOIA request dated June 16, 2025, directed to the EEOC regarding letters sent by the EEOC dated March 17, 2025, to twenty law firms. The request contains three parts, the first two of which have been narrowed by the parties (the first by email dated February 13, 2026, and the second by email dated July 15, 2025). Defendant answered the Complaint on February 11, 2026.

2. EEOC reports as follows regarding the status of the processing of the request.

   a. Part One: With respect to the first part of the request, which sought all emails sent to or from the email address lawfirmDEI@eeoc.gov referenced in the March 17, 2025, letters for a specified time period, that request was narrowed by email dated February 13, 2026, to remove from its scope certain (but not all) unsolicited emails sent to the referenced email address by members of the public and commercial

entities. EEOC provided its first interim response to that part of the request by letter dated February 11, 2026, and completed its response by letter dated February 20, 2026. In total, EEOC processed 37,947 pages of documents in response to that part of the request, releasing 313 pages in part, releasing 87 pages in full, withholding 36,666 pages in full as unresponsive to the narrowed request, and withholding 881 pages in full as exempt.

b. Part Two: The second part of the request sought copies of all communications regarding the March 17, 2025, letters to the firms that were not sent to or from the email address lawfirmDEI@eeoc.gov for a specified time period. That request was revised by email dated July 15, 2025, to certain specified searches. EEOC made its first interim response to this part of the request on February 11, 2026, producing in whole or in part 45 records totaling 238 pages. EEOC estimates that there are approximately 2,000 potentially responsive documents totaling approximately 14,000 pages remaining to be processed (although some amount is expected to be duplicates). EEOC anticipates that processing of the second part of the request will be completed prior to the next status report date proposed below.

c. Part Three: The third part of the request sought all records that mention or discuss an agreement between EEOC and any of four law firms as mentioned in an EEOC press release of April 11, 2025. EEOC provided its final response to this part of the request by letter dated June 18, 2025, denying this part of the request in full.

3. The parties plan to confer on any outstanding issues after EEOC completes its processing of the second part of the request, which, as noted above, EEOC expects will be completed before the date of the next proposed status report.

4. In light of the above, the parties respectfully propose that the Court defer setting a briefing schedule at this time and that the parties file an additional status report on or before April 29, 2026, to update the Court on the status of the FOIA request.

Dated: February 25, 2026

*/s/ Michael T. Kirkpatrick*
Michael T. Kirkpatrick
DC Bar No. 486293
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-7728
mkirkpatrick@citizen.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON
D.C. Bar #447956
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2528
jeremy.simon@usdoj.gov

*Attorneys for the United States of America*